NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE REX DAYSH AND PAUL DAYSH

2012-1582
(Serial No. 11/801,869)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

Upon consideration of Rex Daysh and Paul Daysh's motion to voluntarily withdraw their appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

IN RE DAYSH                                                          2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26

Issued As A Mandate: ___OCT 1 6 2012___